Fill in this information to identify your case and this filing:

Debtor 1    **Joel**      **Dennis**     **Crutcher**
            First Name    Middle Name    Last Name

Debtor 2    **Amber**     **Nicole**     **Crutcher**
(Spouse, if filing)
            First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Southern District of Texas**

Case number    **22-33489-H5-7**

☑ Check if this is an amended filing

# Official Form 106A/B
## Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?**
   **Current value of the portion you own?**

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................ → **$0.00**

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Joel** | **Dennis** | **Crutcher** | | |
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** | Case number *(if known)* | **22-33489-H5-7** |
| | First Name | Middle Name | Last Name | | |

# Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

   3.1 Make: **Jeep**
   Model: **Wrangler**
   Year: **2021**
   Approximate mileage: **26,982**
   Other information:
   VIN: MW615292

   Who has an interest in the property? Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $35,600.00
   **Current value of the portion you own?** $35,600.00

   If you own or have more than one, list here:

   3.2 Make: **Ram**
   Model: **Rebel**
   Year: **2019**
   Approximate mileage: **64,180**
   Other information:
   VIN: KN576863

   Who has an interest in the property? Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $37,800.00
   **Current value of the portion you own?** $37,800.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**............................................................................  ➔  **$73,400.00**

# Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe........   See Attached.   **$3,840.00**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Joel** | **Dennis** | **Crutcher** | |
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** | Case number *(if known)* **22-33489-H5-7** |
| | First Name | Middle Name | Last Name | |

7. **Electronics**

    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe........    See Attached.    $1,190.00

8. **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes. Describe........    family pictures    $20.00

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe........    camera    $200.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe........    See Attached.    $1,500.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........    clothing, shoes    $450.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe........    See Attached.    $3,275.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe........    dog    $10.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........    

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**  ➔    $10,485.00

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Joel** | **Dennis** | **Crutcher** | |
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** | Case number *(if known)* **22-33489-H5-7** |
| | First Name | Middle Name | Last Name | |

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes............................................................................................................................ Cash..............   **$0.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................

Institution name:

| | | |
|---|---|---|
| 17.1. Savings account: | **JP Morgan Chase Bank xxxx3715** | **$100.00** |
| 17.2. Checking account: | **JP Morgan Chase Bank xxxx6690** | **$1,012.80** |
| 17.3. Checking account: | **JP Morgan Chase Bank xxxx03655** | **$31.23** |
| 17.4. Checking account: | **Wells Fargo Bank xxxx9029** | **$1,084.01** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them...................

Name of entity:                                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them...................

Issuer name:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Joel** | **Dennis** | **Crutcher** | |
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** | Case number *(if known)* **22-33489-H5-7** |
| | First Name | Middle Name | Last Name | |

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately.

    Type of account:   Institution name:

    401(k) or similar plan:   401K Plan through Employee Incentive Plans, Inc            $5,543.74

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☐ No
    ☑ Yes.....................

    Institution name or individual:

    Security deposit on rental unit:   Security Deposit for Unit at 1304 Augustine Ct. - $1,750.00            $0.00

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes.....................

    Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes.....................

    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No
    ☑ Yes. Give specific information about them....   Owns guns            $0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them....

Official Form 106A/B                        **Schedule A/B: Property**                        page **5**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Joel** | **Dennis** | **Crutcher** | |
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** | Case number *(if known)* __22-33489-H5-7__ |
| | First Name | Middle Name | Last Name | |

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them....

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years........................

Federal: _____
State: _____
Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information..........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information..........

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Health Insurance through Blue Cross Blue shield | | $0.00 |
| Life Insurance Policy through Principal Life Insurance Company - Death Benefit $100,000 - No Cash Value | Amber Crutcher | $0.00 |

Official Form 106A/B                Schedule A/B: Property                page **6**

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Joel** | **Dennis** | **Crutcher** | | |
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** | Case number *(if known)* | **22-33489-H5-7** |
| | First Name | Middle Name | Last Name | | |

| | | | |
|---|---|---|---|
| | **Life Insurance Policy through Principal Life Insurance Company - Death Benefit $ 30,000 - No Cash Value** | **Joel Crutcher** | $0.00 |
| | **Vehicle Insurance Policy through Progressive County Mutual** | | $0.00 |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information..........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim.................

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim.................

35. **Any financial assets you did not already list**

    ☐ No
    ☑ Yes. Give specific information.......... Christmas bonus received the day the case was filed        $4,000.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**................................................................................................................→        $11,771.78

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe........

| Debtor 1 | **Joel** | **Dennis** | **Crutcher** | |
|---|---|---|---|---|
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** | Case number *(if known)* **22-33489-H5-7** |
| | First Name | Middle Name | Last Name | |

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe........

41. **Inventory**

    ☑ No
    ☐ Yes. Describe........

42. **Interests in partnerships or joint ventures**

    ☑ No
    ☐ Yes. Describe........

    Name of entity:                                                          % of ownership:
    _____   _____%   _____

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☑ No
    ☐ Yes. Describe........

44. **Any business-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific
       information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................➔   **$0.00**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Joel** | **Dennis** | **Crutcher** | |
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** | Case number *(if known)* __22-33489-H5-7__ |
| | First Name | Middle Name | Last Name | |

---

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes.........................

48. **Crops—either growing or harvested**
    ☑ No
    ☐ Yes. Give specific information.............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☑ No
    ☐ Yes.........................

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes.........................

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information.............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**................................................................................➔   $0.00

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.............

54. **Add the dollar value of all of your entries from Part 7. Write that number here**......................................➔   $0.00

---

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**............................................................................................................➔   $0.00

56. **Part 2: Total vehicles, line 5**          $73,400.00

57. **Part 3: Total personal and household items, line 15**          $10,485.00

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **9**

| | | |
|---|---|---|
| Debtor 1 | **Joel** | **Dennis** | **Crutcher** |
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **22-33489-H5-7**

58. **Part 4: Total financial assets, line 36**          $11,771.78

59. **Part 5: Total business-related property, line 45**          $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**          $0.00

61. **Part 7: Total other property not listed, line 54**     +     $0.00

62. **Total personal property.** Add lines 56 through 61..............          $95,656.78     Copy personal property total ➔     +     $95,656.78

63. **Total of all property on Schedule A/B.** Add line 55 + line 62..............................................................................................          $95,656.78

Official Form 106A/B                    **Schedule A/B: Property**                    page **10**

| Debtor 1 | **Joel** | **Dennis** | **Crutcher** | |
|---|---|---|---|---|
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** | Case number *(if known)* **22-33489-H5-7** |
| | First Name | Middle Name | Last Name | |

# SCHEDULE A/B: PROPERTY
## Continuation Page

6. **Household goods and furnishings**

| | |
|---|---:|
| sectional | $1,000.00 |
| entertainment center | $100.00 |
| coffee table | $50.00 |
| end table (x2) | $10.00 |
| dining table | $25.00 |
| dishes, flatware | $50.00 |
| pots, pans, cookware | $50.00 |
| bed (x3) | $2,100.00 |
| dresser (x1), nightstand (x2) | $25.00 |
| lamps, accessories | $30.00 |
| lawnmower | $200.00 |
| yard, landscaping tools | $100.00 |
| small kitchen appliances | $50.00 |
| towels, drapes, linens | $50.00 |

7. **Electronics**

| | |
|---|---:|
| video game system | $200.00 |
| television (x3) | $390.00 |
| cellphone (x2) | $600.00 |

10. **Firearms**

| | |
|---|---:|
| glock 26mm handgun $500.00 glock 1 gen 4 handgun $500.00 Owned by Crutcher Trust | $1,000.00 |
| glock 17 gen 3 $500 glock 43 $350 Owned by Crutcher Trust | $500.00 |

12. **Jewelry**

| | |
|---|---:|
| wedding rings | $3,000.00 |
| jewelry | $275.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joel** | **Dennis** | **Crutcher** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Amber** | **Nicole** | **Crutcher** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): **22-33489-H5-7**

☑ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                               04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: sectional<br><br>Line from *Schedule A/B*: 6 | $1,000.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br><br><br>11 U.S.C. § 522(d)(5) |
| Brief description: entertainment center<br><br>Line from *Schedule A/B*: 6 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☐ Yes

| Debtor 1 | **Joel** | **Dennis** | **Crutcher** | |
|---|---|---|---|---|
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** | Case number *(if known)* 22-33489-H5-7 |
| | First Name | Middle Name | Last Name | |

# Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: coffee table<br>Line from Schedule A/B: 6 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: end table (x2)<br>Line from Schedule A/B: 6 | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: dining table<br>Line from Schedule A/B: 6 | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: dishes, flatware<br>Line from Schedule A/B: 6 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: pots, pans, cookware<br>Line from Schedule A/B: 6 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: bed (x3)<br>Line from Schedule A/B: 6 | $2,100.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $1,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br><br>11 U.S.C. § 522(d)(5) |
| Brief description: dresser (x1), nightstand (x2)<br>Line from Schedule A/B: 6 | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: lamps, accessories<br>Line from Schedule A/B: 6 | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 2 of 5

| | | | |
|---|---|---|---|
| Debtor 1 | **Joel** | **Dennis** | **Crutcher** |
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* 22-33489-H5-7

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: lawnmower<br>Line from *Schedule A/B*: 6 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: yard, landscaping tools<br>Line from *Schedule A/B*: 6 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: small kitchen appliances<br>Line from *Schedule A/B*: 6 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: towels, drapes, linens<br>Line from *Schedule A/B*: 6 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: television (x3)<br>Line from *Schedule A/B*: 7 | $390.00 | ☑ $390.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br><br>11 U.S.C. § 522(d)(5) |
| Brief description: video game system<br>Line from *Schedule A/B*: 7 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: cellphone (x2)<br>Line from *Schedule A/B*: 7 | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| | | | |
|---|---|---|---|
| Debtor 1 | **Joel** | **Dennis** | **Crutcher** |
| Debtor 2 | **Amber** | **Nicole** | **Crutcher** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* 22-33489-H5-7

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: family pictures<br><br>Line from *Schedule A/B*: 8 | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br><br><br><br>11 U.S.C. § 522(d)(5) |
| Brief description: camera<br><br>Line from *Schedule A/B*: 9 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: glock 26mm handgun $500.00 glock 1 gen 4 handgun $500.00 Owned by Crutcher Trust<br><br>Line from *Schedule A/B*: 10 | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: glock 17 gen 3 $500 glock 43 $350 Owned by Crutcher Trust<br><br>Line from *Schedule A/B*: 10 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: clothing, shoes<br><br>Line from *Schedule A/B*: 11 | $450.00 | ☑ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: wedding rings<br><br>Line from *Schedule A/B*: 12 | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: jewelry<br><br>Line from *Schedule A/B*: 12 | $275.00 | ☑ $275.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |

Debtor 1  **Joel** **Dennis** **Crutcher**
Debtor 2  **Amber** **Nicole** **Crutcher**
          First Name  Middle Name  Last Name

Case number *(if known)* 22-33489-H5-7

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: dog <br> Line from Schedule A/B: 13 | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: JP Morgan Chase Bank xxxx6690 Checking account <br> Line from Schedule A/B: 17 | $1,012.80 | ☑ $1,012.80 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: JP Morgan Chase Bank xxxx03655 Checking account <br> Line from Schedule A/B: 17 | $31.23 | ☑ $31.23 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: JP Morgan Chase Bank xxxx3715 Savings account <br> Line from Schedule A/B: 17 | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Wells Fargo Bank xxxx9029 Checking account <br> Line from Schedule A/B: 17 | $1,084.01 | ☑ $1,084.01 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: 401K Plan through Employee Incentive Plans, Inc <br> Line from Schedule A/B: 21 | $5,543.74 | ☑ $5,543.74 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Brief description: Christmas bonus received the day the case was filed <br> Line from Schedule A/B: 35 | $4,000.00 | ☑ $4,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |