| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS** | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>March 14, 2023<br>Nathan Ochsner, Clerk |

In Re: Joel Dennis Crutcher
Amber Nicole Crutcher
**Debtor(s)**

Case No.: 22–33489

Chapter: 7

## ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Christopher R Murray is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 3/14/23

_____
Jeffrey P. Norman
United States Bankruptcy Judge